TDCJ Offender Details

75,482-02

 TEXAS DEPARTMENT OF CRIMINAL JUSTICE    TDCJ Home    New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 05409194 |
| **TDCJ Number:** | 00741776 |
| **Name:** | SOSA,DAVID JR |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1978-01-20 |
| **Maximum Sentence Date:** | LIFE SENTENCE |
| **Current Facility:** | EASTHAM |
| **Projected Release Date:** | LIFE SENTENCE |
| **Parole Eligibility Date:** | 2025-03-26 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**      Offender is not scheduled for release at this time.

**Scheduled Release Type:**      Will be determined when release date is scheduled.

**Scheduled Release Location:**      Will be determined when release date is scheduled.

## Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1995-03-25 | MURDER | 1995-12-13 | HARRIS | 690031 | 9999-99-99 |